IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEEE
WESTERN DIVISION

---

KEVIN SOMERVILLE,

    Plaintiff,

v.                                                         Case No. 14-cv-02875-SHL-cgc

SIEGEL-ROBERT, INC.,

    Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The parties Plaintiff Kevin Somerville and Defendant Siegel-Robert, Inc., through their designated counsel of record, hereby stipulate that this case shall be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.  Each side shall bear its own costs and attorneys' fees.

    **IT IS SO STIPULATED**.

        Respectfully submitted,

        */s/ Paul E. Prather*
        Paul E. Prather (TN Bar No. 10089)
        R. Alex Boals (TN Bar No. 22682)
        LITTLER MENDELSON, P.C.
        3725 Champion Hills Drive, Suite 3000
        Memphis, Tennessee 38125
        (901) 795-6695
        pprather@littler.com
        aboals@littler.com
        ATTORNEYS FOR DEFENDANT

        */s/ Christopher L. Taylor*
        Christopher L. Taylor (TN Bar No. 18246)
        TAYLOR & TOON, PLLC
        191 Jefferson Avenue
        Memphis, Tennessee 38103
        (901) 333-8200
        ctaylor@taylortoon.com
        ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this the 21st day of January, 2016, I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to the following:

    Christopher L. Taylor
    Taylor & Toon, PLLC
    191 Jefferson Avenue
    Memphis, Tennessee 38103

        */s/ Paul E. Prather*