# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEEE
# WESTERN DIVISION

KEVIN SOMERVILLE,

    Plaintiff,

v.                                                           Case No. 14-cv-02875-SHL-cgc

SIEGEL-ROBERT, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 and the stipulation of the parties, this civil action is hereby dismissed with prejudice. Each side shall bear its own costs and attorneys' fees related to this action.

**IT IS SO ORDERED,** this 21st day of January, 2016.

                                                          s/ Sheryl H. Lipman
                                                          SHERYL H. LIPMAN
                                                          UNITED STATES DISTRICT JUDGE